Entered on Docket
October 28, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JUDSON T. FARLEY, State Bar No. 83378
   Attorney at Law
2  830 Bay Ave., Suite B
   Capitola CA 95010-2173
3  Telephone:  (831) 476-1766
   Fax:        (831) 476-7296
4

The following constitutes
the order of the court. Signed October 28, 2009

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

5  Attorney for debtors
   Joseph and Marsha Marsano

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                          )   Case No. 09-55847 RLE
                                )
   Joseph Marsano and           )   Chapter 11
   Marsha Marsano,              )
                                )
            Debtors.            )
_____/

**ORDER VALUING LIEN OF VERTICAL MORTGAGE FUND 1, LLC
AND VERTICAL FINANCIAL GROUP**

On September 30, 2009, the debtors filed a motion to value the lien of Vertical Mortgage Fund 1, LLC and Vertical Financial Group against the property commonly known as 2260 Silver Stone Street, Watsonville, California and more fully described in Exhibit A hereto, which lien was recorded in Monterey County on June 28, 2007 as document 2007051091 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

(1) For purposes of Debtors' Chapter 11 plan only, the Lien is valued at zero, Vertical Mortgage Fund 1, LLC and Vertical Financial Group do not have a secured claim, and the Lien may not be enforced pursuant to 11 U.S.C. §§ 506, 1123(b)(5) and 1141.

(2) This order shall become part of the Debtors' confirmed Chapter 11 Plan.

(3) Upon entry of a discharge in Debtors' chapter 11 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 11 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

* * END OF ORDER * *

**EXHIBIT A**

**DESCRIPTION**

All that certain land situated in the unincorporated area of the **County of Monterey, State of California,** and described as follows:

**LOT 16, AS SHOWN AND DESIGNATED ON THAT MAP ENTITLED, "LOMA LINDA SUBDIVISION" TRACT NO. 1361 FILED MARCH 21, 2001 IN BOOK 21, CITIES AND TOWNS, PAGE 28, IN THE OFFICE OF THE COUNTY RECORDER OF MONTEREY COUNTY, CALIFORNIA AND CORRECTED BY CERTIFICATION OF CORRECTION RECORDED ON JULY 2, 2002, RECORDER'S INSTRUMENT NO. 2002-062177, OFFICIAL RECORDS, MONTEREY COUNTY.**

APN No: **117-191-029-000**

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Court Service List |
| 9 | |
| 10 | Alliance One<br>Receivables Management, Inc. |
| 11 | 4850 Street Road, Level C<br>Feasterville Trevose, PA 19053 |
| 12 | |
| 13 | Aurora Loan Services<br>P.O. Box 78111 |
| 14 | Phoenix, AZ 85062-8111 |
| 15 | Chase<br>Cardmember Service |
| 16 | P.O. Box 94012<br>Palatine, IL 60094-4012 |
| 17 | |
| 18 | Citi Cards<br>P.O. Box 6275 |
| 19 | Sioux Falls, SD 57117 |
| 20 | Citibank (South Dakota) N.A. |
| 21 | P.O. 16119<br>Philadelphia, PA 19114-0119\ |
| 22 | |
| 23 | Disney Vacation Club<br>Attn: Member Accounting |
| 24 | P.O. Box 470727<br>Celebration, FL 34747-0727 |
| 25 | |
| 26 | Expo Credit Services<br>P.O. Box 689100 |
| 27 | Des Moines, IA 50368-9100 |
| 28 | Lowe's<br>P.O. Box 530914 |

| | |
|---|---|
| 1 | Atlanta, GA 30353-0914 |
| 2 | |
| | Macy's |
| 3 | P.O. Box 6938 |
| | The Lakes, NV 88901-6938 |
| 4 | |
| 5 | Monterey County Tax Collector |
| | P.O. Box 891 |
| 6 | Salinas, CA 93902-0891 |
| 7 | /// |
| 8 | |
| | Qcard |
| 9 | P.O. Box 530905 |
| | Atlanta, GA 30353-0905 |
| 10 | |
| | Sears Credit Cards |
| 11 | P.O. Box 688957 |
| 12 | Des Moines, IA 50368-8957 |
| 13 | U.S. Department of Education |
| | P.O. Box 5609 |
| 14 | Greenville, TX 75403-5609 |
| 15 | |
| | United Mileage Plus |
| 16 | P.O. Box 94014 |
| | Palatine, IL 60094-4014 |
| 17 | |
| 18 | Vertical Mortgage Fund |
| | c/o PLM Lender Services |
| 19 | 46 N. Second Street |
| | Campbell, CA 95008 |
| 20 | |
| 21 | Wells Fargo |
| | c/o Customer Management |
| 22 | P.O. Box 95225 |
| | Albuquerque, NM 87199-5225 |
| 23 | |
| 24 | Wells Fargo Bank, N.A. |
| | c/o McCalla Raymer, LLC |
| 25 | Bankruptcy Department |
| | 1544 Old Alabama Road |
| 26 | Roswell, GA 30076 |
| 27 | Wells Fargo Card Services |
| | P.O. Box 10347 |
| 28 | Des Moines, IA 50306 |

| | |
|---|---|
| 1 | Wells Fargo Financial Bank |
| 2 | P.O. Box 98796<br>Las Vegas, NV 89193-8796 |
| 3 | |
| 4 | Wells Fargo Home Equity<br>P.O. Box 54780 |
| 5 | Los Angeles, CA 90054-0780 |
| 6 | Wells Fargo Home Mortgage<br>P.O. Box 30427 |
| 7 | Los Angeles, CA 90030-0427 |