EDWINA E. DOWELL, # 149059
Assistant U.S. Trustee
NANETTE DUMAS, # 148261
JOHN S. WESOLOWSKI, # 127007
EMILY S. KELLER, #264983
Office of the United States Trustee
U. S. Department of Justice
280 S. First Street, Suite 268
San Jose, CA 95113-0002
Telephone: (408) 535-5525
Fax:  (408) 535-5532

Attorneys for Sara L. Kistler
Acting United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JOSEPH G. MARSANO, JR. and<br>MARSHA MARSANO,<br><br>Debtor. | Case No. 09-55847 RLE<br><br>Chapter 11<br><br>Date: January 20, 2010<br>Time: 10:30 am<br>Place: Courtroom 3099<br>Hon. Roger Efremsky |

**WITHDRAWAL OF
MOTION BY UNITED STATES TRUSTEE TO
CONVERT CHAPTER 11 CASE TO CHAPTER 7**

The United States Trustee hereby withdraws her motion to convert the above-captioned chapter 11 case to Chapter 7.

Dated: January 19, 2010                Respectfully submitted,


                                By:   /s/Nanette Dumas
                                      Nanette Dumas
                                      Attorney for United States Trustee