JUDSON T. FARLEY, State Bar No. 83378
Attorney at Law
830 Bay Ave., Suite B
Capitola CA 95010-2173
Telephone: (831) 476-1766
Fax: (831) 476-7296

Attorney for Debtors
Joseph and Marsha Marsano

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No. 09-55847
)
    Joseph Marsano, Jr., ) Chapter 11
    Marsha A. Marsano, )
) Date: February 11, 2010
) Time: 2:00 p.m.
                  Debtor. )
) Judge: Hon. Roger L. Efremsky

**STATUS CONFERENCE STATEMENT**

The Status Conference Statement of the debtors, Joseph and Marsha Marsano, represents:

1. The debtors have filed monthly operating reports through December, 2009.

2. The Disclosure statement and Plan Of Reorganization should be filed by the time of the Status Conference.


Dated: 2/4/2010                                    /s/ Judson T. Farley
                                                               Judson T. Farley
                                                               Attorney for Debtors